UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

ALHASSAN IDDRIS LARI,

Defendant.

------------------------------------- x

ORDER

20 Crim. 143 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court heard argument on the Government's application for a review of Magistrate Judge Kevin Nathaniel Fox's bail disposition. Magistrate Judge Fox's bail disposition is AFFIRMED, as modified with the following additional conditions imposed: GPS monitoring; home detention except for work daily from 4:00 pm to 4:00 am, and for religious service on Fridays from 12:00 pm to 2:00 pm at the Yankasa Masjid mosque in the Bronx, New York; and a curfew of 7:00 am to 2:00 pm otherwise.

Dated: New York, New York
March 12, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge