# THE LAW OFFICES OF SEAN M. MAHER, PLLC



VIA ECF

March 23, 2020

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 0 6 2020

**RE:** *United States v. Alhassan Iddris Lari,*
**20 Cr. 143 (GBD)**

Dear Judge Daniels:

I respectfully write to request permission to withdraw as counsel for Mr. Alhassan Lari. On March 3, 2020 I was appointed under the Criminal Justice Act to represent Mr. Lari. Mr. Mark I. Cohen, Esq. has informed me that he has been retained to represent Mr. Lari and has filed a notice of appearance on behalf of Mr. Lari. Accordingly, I seek the Court's permission to withdraw as counsel for Mr. Lari.

Respectfully submitted,

/S/
Sean M. Maher

233 BROADWAY, SUITE 820, NEW YORK, NEW YORK 10279
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM