**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2020

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 0 8 2020

July 7, 2020

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re: *United States v. Alhassan Iddris Lari*
                       20 Cr. 143 (GBD)

Dear Judge Daniels:

      Please recall that I represent Mr. Alhassan Lari in his defense of the above-captioned matter. At the request of United States Pre-trial Services (PTS) Officer Rena Bolin, I write to request that Your Honor modify Mr. Lari's bail conditions to permit him to switch his regularly attended mosque from Yankasa Masjid in the Bronx to Mount Hope Masjid in the Bronx for his weekly religious services.

      Currently, Mr. Lari is at liberty on a personal recognizance bond set before Magistrate Judge Kevin N. Fox on March 3, 2020. The terms of the bond were as follows: $50,000 personal recognizance bond; travel restricted to the SDNY and EDNY; the surrender of all travel documents to PTS and no new applications; supervision as directed by PTS; submission to urinalysis and added conditions of drug testing and treatment if positive; and to continue to seek employment. On March 12, 2020, Your Honor modified Mr. Lari's bail conditions to impose GPS monitoring and home detention except for work daily from 4:00 p.m. to 4:00 a.m.; to permit him to attend mosque on Fridays from 12:00 p.m. to 2:00 p.m. at the Yankasa Masjid mosque in the Bronx; and imposed a curfew of 7:00 a.m. to 2:00 p.m.

      On July 2, 2020, Officer Bolin advised me that the previous day, Mr. Lari contacted her and requested permission to begin attending mosque again on Fridays due to lifting of COVID-19 restrictions with respect to religious services. She advised me, however, that Mr. Lari no

The Honorable George B. Daniels
Page 2 of 2
July 7, 2020

longer wished to attend the Yankasa Masjid mosque because of Mr. Lari's concern that his current case is commonly known and talked about. I respectfully request that Your Honor modify Mr. Lari's bail conditions to permit him to attend Mount Hope Masjid mosque at 24 Mount Hope Place, Bronx, New York, on Fridays from 12:00 p.m. to 2 p.m. to alleviate his concerns while worshipping.

                                                    Respectfully submitted,

                                                    Mark I. Cohen, Esq.

MIC/gmf

Cc:  A.U.S.A. Mitzi Steiner
      A.U.S.A. Sagar Kananur Ravi
      U.S.P.T.O. Rena Bolin