UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALHASSAN IDDRIS LARI,

                           Defendant.

------------------------------------x

ORDER

20 Crim. 143 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 2, 2020 status conference is converted to a plea hearing and rescheduled from 10:00 am to 12:00 pm. This hearing will take place in person.

Dated: New York, New York
       November 23, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge