UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
          -against-                                :     ORDER
                                                   :
ALHASSAN IDDRIS LARI,                              :     20 Crim. 143 (GBD)
                                                   :
                              Defendant.           :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an adjournment of the plea hearing scheduled for December 2, 2020 is GRANTED. The plea hearing is adjourned to February 3, 2021 at 10:00 am. With Defendant's consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       December 1, 2020

                                        SO ORDERED.

                                        *George B. Daniels* (signature)
                                        GEORGE B. DANIELS
                                        United States District Judge