**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

March 19, 2021

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 3 2021

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 2 3 2021

Re: *United States v. Alhassan Iddris Lari*
20 Cr. 143 (GBD)

Dear Judge Daniels:

Please recall that I represent Mr. Alhassan Iddris Lari in his defense of the above-referenced matter. I write to request a change in Mr. Lari's current bail conditions.

On March 17, 2021, I was contacted by United States Pre-trial Services (PTS) Officer Rena Bolin indicating that PTS was recommending that Mr. Lari request a change in his bail conditions to remove the condition of home detention and impose a condition of either curfew or standalone GPS monitoring. Officer Bolin made this recommendation based on Mr. Lari's complete compliance with his bail conditions to date and the fact that he has been on home detention since his bail conditions were modified by Your Honor more than a year ago, on March 12, 2020. Gillian Feehan, Esq., an attorney with our firm, consulted with A.U.S.A. Mitzi Steiner regarding this request yesterday, and the Government has no objection.

Therefore, I respectfully request that Your Honor modify Mr. Lari's bail conditions to remove the condition of home detention and impose a condition of either curfew or standalone GPS monitoring. Mr. Lari thanks Your Honor for your consideration of this request.

Respectfully submitted,

*/s/ Mark I. Cohen*
Mark I. Cohen, Esq.

MIC/gmf

Cc: A.U.S.A. Mitzi Steiner (via ECF)
A.U.S.A. Caroline Lefever (via ECF)
U.S.P.O. Rena Bolin (via ECF)
Mr. Alhassan Iddris Lari (via email)