UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Alhassan Lari,

                          Defendant.
------------------------------------------------------X

1:20-CR-00143

ORDER

George B. Daniels, United States District Judge:

    It is hereby ORDERED that the defendant's bail be modified to remove the condition of home detention and impose the condition of standalone GPS enforced by location monitoring.

Dated: New York, New York
       March ___, 2021
       MAR 2 4 2021

SO ORDERED:

_George B. Daniels_
George B. Daniels
United States District Judge