```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 20 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

ALHASSAN IDDRIS LARI,

        Defendant.
------------------------------------------------------------X

**ORDER MODIFYING
DEFENDANT'S SURRENDER DATE**

**20 Cr. 143 (GBD)**

        Upon the application of Defendant Alhassan Iddris Lari, by his attorney Mark I. Cohen, it is hereby ORDERED that:

1. Defendant shall surrender himself to the United States Marshals Service for the Southern District of New York no later than 2:00 p.m. on September 1, 2021.

        IT IS SO ORDERED.

Dated: New York, New York
       JUL 20 2021

_____
The Honorable George B. Daniels
United States District Judge
Southern District of New York