UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALHASSAN LARI

Defendant.

------------------------------------------------------------X

**ORDER FOR THE RETURN OF DEFENDANT'S TRAVEL DOCUMENTS IN THE CUSTODY OF THE UNITED STATES DISTRICT COURT PRETRIAL SERVICES OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK**

**20 Cr. 143 (GBD)**

Upon the application of Defendant Alhassan Lari, through his attorney Mark I. Cohen, it is hereby ORDERED that:

1. Defendant's motion for the return of his United States passport, Ghanian passport, and Ghanian dual citizenship card that are in the custody of the United States District Court Pretrial Services Office for the Southern District of New York is GRANTED; and

2. The United States District Court Pretrial Services Office for the Southern District of New York shall return Mr. Lari's United States passport, Ghanian passport, and Ghanian dual citizenship card to him forthwith.

IT IS SO ORDERED.

Dated: New York, New York
July 14, 2022

JUL 1 8 2022

*George B. Daniels*

The Honorable George B. Daniels
United States District Judge
Southern District of New York