**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

December 21, 2023

**VIA ECF**
The Honorable George B. Daniels
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

DEC 2 2 2023

SO ORDERED

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: *United States v. Alhassan Lari*
20 Cr. 143 (GBD)

Dear Judge Daniels:

Please recall that I represented Mr. Alhassan Lari, the defendant in the above-referenced matter, who was sentenced by Your Honor on June 16, 2021, to a period of one year and one day of imprisonment and three years of supervised release. Mr. Lari completed his term of imprisonment and was released from custody on June 17, 2022.

I write because Mr. Lari seeks permission to travel to Ghana to visit his son and other family members from approximately January 22, 2024, until February 22, 2024. While in the Ghana, he can be reached by telephone at +233264108810. I have spoken with U.S.P.O. Brittany Valentine, who supervises Mr. Lari, who advised that Probation does not oppose this request because Mr. Lari has been in compliance with his supervised release obligations. If granted permission, Mr. Lari will provide all of the details of his trip, including his flight information and location(s) where he will be staying, to U.S.P.O. Valentine for final approval.

We thank Your Honor for your time and consideration of this request.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/gmf

Cc: U.S.P.O. Brittany Valentine
    Mr. Alhassan Lari