UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ALHASSAN IDDRIS LARI,

             Defendant.

------------------------------------- x

ORDER

20 Crim. 143 (GBD)

GEORGE B. DANIELS, United States District Judge:

On February 7, 2025, the Government requested that this Court enter a Final Order of Forfeiture in the above-captioned case (ECF No. 57.) On February 10, 2025, this Court entered the Final Forfeiture Order (ECF No. 59.)

The Clerk of Court is directed to close the open motion at ECF No. 57.

Dated: May 15, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge